# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL F. HOLLAND, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 21-00504-KD-MU |

## ORDER

This action is before the Court on the joint motion to stay filed by Plaintiff Owners Insurance Company and Defendant Daniel F. Holland (doc. 18). The parties move the Court to stay this action pending possible resolution of the underlying state court action. Upon consideration, and for the reasons set forth in the motion, the motion is GRANTED. Accordingly, this action is **STAYED for a period of six months until December 9, 2022**. See Ortega Trujillo v. Conover & Co. Communications, Inc., 221 F.3d 1262, 1264 (11th Cir. 2000) (a district court may stay an action "pending the resolution of related proceedings in another forum" with proper limits on the scope and duration of the stay) (citations omitted)

The parties shall file a **joint status report on or before September 9, 2022**, to advise the Court as to the status of the underlying state court action and this action.

DONE and ORDERED this 9th day of June 2022.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE