IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) CIVIL ACTION NO. 21-00504-KD-MU<br>) |
| DANIEL F. HOLLAND,<br>    Defendant. | )<br>)<br>) |

## ORDER

This declaratory judgment action is before the Court on the motion to lift stay filed by Plaintiff Owners Insurance Company, the response in opposition filed by Defendant Daniel F. Holland, and Owners' reply (docs. 25, 27, 29).

Previously, this action was stayed pending a decision on the motion to dismiss filed in the underlying state court action (doc. 19). The parties represented that if the motion was granted, this action would be moot. The parties filed joint reports to advise the Court as to the status of the motion. A year has passed. Owners now moves the Court to lift the stay because the motion remains pending. Holland opposes the motion. He argues that based upon communication with the state court judge on April 19, 2023, a ruling on the motion is forthcoming. However, to date, neither party has advised this Court as to whether the motion has been decided.

In this circuit, the district courts may stay an action "pending the resolution of related proceedings in another forum" with proper limits on the scope and duration of the stay. Ortega Trujillo v. Conover & Co. Communications, Inc., 221 F.3d 1262, 1264 (11th Cir. 2000) (citations omitted). A stay of one year is a stay of proper duration. Accordingly, the motion is **GRANTED**, and the **STAY is LIFTED**. Defendant **Holland** shall file his **answer or otherwise respond** to the amended complaint (doc. 7), on or before **July 21, 2023.**

DONE and ORDERED this 29th day of June 2023.

                                                  s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE