# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **OWNERS INSURANCE COMPANY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 21-CV-504-KD-MU |
| **DANIEL F. HOLLAND,** | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, Defendant's motion to dismiss is **GRANTED** and this action be **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 25th day of October 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE