# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **OWNERS INSURANCE COMPANY,** | ) |
| **Plaintiff,** | ) |
| v. | ) 21-CV-504-KD-MU |
| **DANIEL F. HOLLAND,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 25th day of October 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE